IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R WINGS R WILD d/b/a ) <br> BUFFALO WILD WINGS, ) <br> ) <br> Defendant. ) | Civil Action No. <br> 4:17cv624-BRW |

MOTION FOR STAY AND EXTENSIONS

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and government shutdown.

1. Federal government appropriations lapsed at midnight on December 21, 2018, and the EEOC is again shut down.

2. As noted in its previous motion (Doc. # 18), given the Antideficiency Act, 31 U.S.C. § 1341 et seq., the EEOC is prohibited from litigating this matter during the shutdown except for a four-hour wind-down on December 26, 2018.

3. Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

4. Counsel for the EEOC has contacted Defendant's counsel regarding this motion, and Defendant does not oppose this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted,

**JAMES L. LEE**
Acting General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 011730

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Memphis District Office
1407 Union A venue, Suite 901
Memphis, TN 3 8104
(901) 544-0088

/*s*/Pamela B. Dixon
**PAMELA B. DIXON**
Senior Trial Attorney
Arkansas Bar No. 95085

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Little Rock Area Office
820 Louisiana Street, Ste. 200
Little Rock, AR 72201
(501) 324-5065
pamela.dixon@eeoc.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Brent D. Hockaday
Jay M. Wallace
Alana K. Ackels
Bell Nunnally & Martin LLP
3232 McKinney Avenue, Ste. 1400
Dallas, TX  75204
214-740-1400

David D. Wilson
Friday Eldredge & Clark LLP
400 West Capitol, Ste. 2000
Little Rock, AR  72201
501-370-1564

| | |
|---|---|
| December 26, 2018 | *s*/Pamela B. Dixon |
| Date | PAMELA B. DIXON |