IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R WINGS R WILD d/b/a )<br>BUFFALO WILD WINGS, )<br>)<br>Defendant. ) | Civil Action No.<br>4:17cv624-BRW |

**MOTION TO LIFT STAY**

PLEASE TAKE NOTICE that Plaintiff Equal Employment Opportunity Commission (EEOC) moves to lift the stay previously granted in this case (Docket No. 38).

Respectfully submitted,

/*s*/Pamela B. Dixon
**PAMELA B. DIXON**
Senior Trial Attorney
Arkansas Bar No. 95085

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Little Rock Area Office
820 Louisiana Street, Ste. 200
Little Rock, AR 72201
(501) 324-5065
pamela.dixon@eeoc.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Brent D. Hockaday
Jay M. Wallace
Alana K. Ackels
Bell Nunnally & Martin LLP
3232 McKinney Avenue, Ste. 1400
Dallas, TX  75204
214-740-1400

David D. Wilson
Friday Eldredge & Clark LLP
400 West Capitol, Ste. 2000
Little Rock, AR  72201
501-370-1564

January 29, 2019                                           *s*/Pamela B. Dixon
Date                                                             PAMELA B. DIXON